UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GEORGE F. ALDRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-00260-RWS |
| | ) | |
| CYNTHIA REESE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff George F. Aldridge's motion for extension of time in which to pay the initial partial filing fee. (Docket No. 12). Good cause having been shown, the Court will grant plaintiff's motion and give plaintiff thirty (30) days from the date of this order in which to pay the initial partial filing fee of $1.70.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time in which to pay the partial filing fee (Docket No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall have **thirty (30) days** from the date of this order in which to pay the initial partial filing fee of $1.70. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) the statement that the remittance is for an original proceeding.

Dated this 19th day of March, 2019.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE