UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GEORGE ALDRIDGE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:18 CV 260 RWS |
| | ) | |
| CYNTHIA REESE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND AMENDED CASE MANAGEMENT ORDER

This matter is before the Court on plaintiff's motion for appointment of counsel. As the Court continues to believe that appointment of counsel is not warranted at this time, the motion for appointment of counsel is denied under the same standards and for the same reasons set out in this Court's prior Orders denying plaintiff the appointment of counsel. (Doc. 20, Doc. 27).

However, plaintiff points out in this motion that defendant's initial disclosures are deficient in that defendant did not comply with the case management order's requirements to provide to the "plaintiff a list of the names and home or business addresses of all persons having knowledge or information of the facts giving rise to plaintiff's claim." As defendant submitted its initial disclosures in response to the Order to Show Cause issued on June 18, 2019 (Doc. 31-1), the Court has reviewed them and agrees with the plaintiff that they are

deficient. Simply listing "medical staff at Southeast Correctional Center" and "other medical providers of plaintiff" does not comply with the provisions of the case management order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel [33] is denied.

**IT IS FURTHER ORDERED** that no later than **November 12, 2019, defendant must supplement her initial disclosures to comply with the provisions of the case management order. Defendant shall file a copy of her amended disclosures with the Court. Failure to comply with the provisions of the case management order and this Memorandum and Order may result in the imposition of sanctions.**

**IT IS FURTHER ORDERED** that the case management order previously entered in this case [24] is amended only as follows:

1) The discovery deadline in this case is extended to **January 8, 2020**.
2) Any motion for summary judgment must now be filed no later than **February 8, 2020**. Opposition briefs shall be filed no later than **March 8, 2020**, and any reply brief may be filed no later than **March 18, 2020**. Failure to timely file a motion for summary judgment will waive a party's right to do so before trial.

Any remaining provisions of the case management order not specifically amended above remain in full force and effect, and failure to comply with their provisions may result in the imposition of sanctions.

/s/ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of October, 2019.