UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GEORGE ALDRIDGE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:18 CV 260 RWS |
| | ) | |
| CYNTHIA REESE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Plaintiff's opposition to defendant's motion for summary judgment alleges that defendant obtained documents from non-party Missouri Department of Corrections without a proper subpoena, that defendant accessed his prisoner medical records without proper authorization from him, and that the records are fabricated. The Court will afford defendant twenty days to file her reply in support of summary judgment. The reply brief shall address the above allegations raised by plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that defendant shall file her reply brief in support of summary judgment in compliance with this Memorandum and Order not later than twenty (20) days from the date of this Memorandum and Order.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 31st day of March, 2020.