UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GEORGE ALDRIDGE, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:18 CV 260 MTS |
| CYNTHIA REESE, | ) **PRO BONO VOLUNTEER SERVICE** |
| | ) **PANEL APPOINTMENT** |
| Defendant. | ) |

## ORDER

The Court has reviewed the pleadings in this matter and is of the opinion that the appointment of counsel would best serve the interests of justice as this matter is now set to proceed to trial.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall appoint counsel pursuant to the Plan for the Appointment of Pro Bono Counsel. A separate Notice of Appointment of Pro Bono Counsel shall be entered by the Clerk.

Dated this 2nd day of October, 2020

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE