UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GEORGE F. ALDRIDGE JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-CV-00260-MTS |
| ) | |
| CYNTHIA REESE, ) | **PRO BONO VOLUNTEER SERVICE** |
| ) | **PANEL APPOINTMENT** |
| Defendant. ) | |
| ) | |

# NOTICE OF APPOINTMENT OF PRO BONO COUNSEL

Pursuant to the Plan for the Appointment of Pro Bono Counsel, the Clerk of the Court hereby notifies

Kanzler, Jay L. Jr.
WITZEL AND KANZLER LLC
2001 S. Big Bend Boulevard
St. Louis, MO  63117

that he is appointed to serve as Pro Bono Counsel on behalf of the plaintiff in the above-styled action.

The Clerk of the Court shall provide appointed counsel with a copy of the complete Court file.

| | |
|---|---|
| October 5, 2020 | *Gregory J. Linhares            /* |
| Date | Clerk of Court |
| | By:  /s/ Cathy Gould            / |
| | CATHY GOULD |
| | Deputy Clerk |